IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| FELICIA SCARANGELLO, individually and as a beneficiary of the ANTHONY SCARANGELLO IRREVOCABLE TRUST, and as a beneficiary of the ANTHONY SCARANGELLO REVOCABLE TRUST, | § § § § § § § § | No. 304, 2020 |
| | § § | Court Below – Court of Chancery of the State of Delaware |
| Plaintiff Below, Appellant, | § § § | C.A. No. 2018-0438-MTZ |
| | § | |
| v. | § | |
| | § | |
| ANTHONY SCARANGELLO, individually and as Trustee of the ANTHONY SCARANGELLO IRREVOCABLE TRUST, and as Co-Trustee of the ANTHONY SCARANGELLO REVOCABLE TRUST, | § § § § § § § § | |
| | § | |
| Defendant Below, Appellee. | § § | |

Submitted: March 3, 2021
Decided: March 12, 2021

Before **VAUGHN**, **TRAYNOR**, and **MONTGOMERY-REEVES**, Justices.

# **O R D E R**

On this 12th day of March, 2021, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Court of Chancery should be affirmed on the basis of and

for the reasons stated in the June 10, 2020 Order and the August 13, 2020 Order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice